# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 8, 2013

### NO. 03-11-00315-CV

**Crystal Spurck, Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 27TH DISTRICT COURT OF LAMPASAS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's order: **IT IS THEREFORE** considered, adjudged and ordered that the order of the trial court is in all things affirmed. It **FURTHER** appearing to the Court that appellant has filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs of appeal be assessed against appellant; and that this decision be certified below for observance.